No. 516. M. V. KIRKPATRICK, APPELLANT, *v.* WYATT A. HARNESBERGER, TRUSTEE, ETC. Appeal from the District Court of the United States for the Southern District of Georgia. Motion to dismiss submitted October 15, 1913. Decided November 3, 1913. *Per Curiam.* Dismissed for the want of jurisdiction. *Merritt* v. *Bowdoin College,* 169 U. S. 551, 556. *Mr. Samuel H. Myers* for the appellant. *Mr. Wm. H. Fleming* for the appellee.

---

No. 539. THE ATCHISON, TOPEKA & SANTA FE RAILWAY COMPANY ET AL., APPELLANTS, *v.* THE UNITED STATES ET AL. Appeal from the United States Commerce Court. Argued October 27 and 28, 1913. Decided November 3, 1913. *Per Curiam.* Decree affirmed on the authority of *Illinois Central Railroad Company* v. *Interstate Commerce Commission,* 206 U. S. 454, and cases cited; *Chicago, Rock Island & Pacific Ry. Co.* v. *Interstate Commerce Commission,* 218 U. S. 88, 110; *Proctor & Gamble Co.* v. *United States,* 225 U. S. 282, 297–298; *Interstate Commerce Commission* v. *Louisville & Nashville R. R. Co.,* 227 U. S. 88, 91. *Mr. C. W. Durbrow, Mr. Robert Dunlap, Mr. H. A. Scandrett, Mr. T. J. Norton, Mr. Maxwell Evarts* and *Mr. James G. Wilson* for the appellants. *The Attorney General, The Solicitor General* and *Mr. Blackburn Esterline* for the United States. *Mr. P. J. Farrell* for The Interstate Commerce Commission. *Mr. Wm. E. Lamb, Mr. Geo. E. Farrand, Mr. Rush C. Butler* and *Mr. Stephen A. Foster* for intervenors.